# Court of Appeals
# of the State of Georgia

ATLANTA, _October 27, 2025_

*The Court of Appeals hereby passes the following order:*

**A26E0078. SORAYA AL-JOUD v. KHALIL SULEIMAN.**

Upon consideration of Soraya Al-Joud's emergency motion for an extension of time to file a discretionary application from the trial court's September 29, 2025 final judgment and decree of divorce, the motion is hereby GRANTED. Al-Joud shall have until December 1, 2025 to file a discretionary application. See Court of Appeals Rule 16 (c).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_10/27/2025_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*